IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cassidy, Patrice | Case Number: 07 B 21606 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 10/7/08 | Filed: 11/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 26, 2008
Confirmed: February 12, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,615.00 | |
| Secured: | | 5,279.34 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 335.66 |
| Other Funds: | | 0.00 |
| Totals: | 5,615.00 | 5,615.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 1,875.00 | 0.00 |
| 2. | Cit Group | Secured | 0.00 | 0.00 |
| 3. | Aurora Loan Service | Secured | 0.00 | 0.00 |
| 4. | Capital One Auto Finance | Secured | 37,424.76 | 4,468.47 |
| 5. | Affiliated Financial Corporation | Secured | 4,509.21 | 810.87 |
| 6. | Aurora Loan Service | Secured | 17,211.50 | 0.00 |
| 7. | Cit Group | Secured | 4,933.16 | 0.00 |
| 8. | Internal Revenue Service | Priority | 9,124.97 | 0.00 |
| 9. | Illinois Dept of Revenue | Priority | 904.72 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 851.46 | 0.00 |
| 11. | Capital One Auto Finance | Unsecured | 0.00 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 251.60 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 1,206.76 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 398.85 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 216.18 | 0.00 |
| 16. | Peoples Energy Corp | Unsecured | 250.71 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 633.63 | 0.00 |
| 18. | Member Solutions | Unsecured | 186.69 | 0.00 |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | 180.00 | 0.00 |
| 20. | Cook County Treasurer | Secured | | No Claim Filed |
| 21. | Aaron Rents | Unsecured | | No Claim Filed |
| 22. | Allied International Credit | Unsecured | | No Claim Filed |
| 23. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 24. | Capital One | Unsecured | | No Claim Filed |
| 25. | CorTrust Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cassidy, Patrice | | Case Number: 07 B 21606 |
|---|---|---|---|
| | | | Judge: Goldgar, A. Benjamin |
| | Printed: 10/7/08 | | Filed: 11/16/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 27. | First Premier | Unsecured | | No Claim Filed |
| 28. | HSBC | Unsecured | | No Claim Filed |
| 29. | LA Weightloss | Unsecured | | No Claim Filed |
| 30. | HSBC Taxpayer Financial Services | Unsecured | | No Claim Filed |
| 31. | Michael Reese Hospital | Unsecured | | No Claim Filed |
| 32. | Aaron Rents | Unsecured | | No Claim Filed |
| 33. | TCF Bank | Unsecured | | No Claim Filed |
| 34. | Proactive Solution Skin Care | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 80,159.20 | $ 5,279.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 143.91 |
| 6.5% | 191.75 |
| | _____ |
| | $ 335.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

